IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIE B. JOHNSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV205-256

(Case No.: CR200-49)

## ORDER

Respondent has moved to dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2255. Respondent asserts that Petitioner's Motion is a successive § 2255 petition filed without prior authorization from the Eleventh Circuit Court of Appeals.

Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 21st day of February, 2006

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)